UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
ROMANO ORGANIZZAZIONE SRL, CARLO :
REGAZZONI, TOMASO ZAPPOLI THYRION, LA : 07 Civ. 11331 (TPG)
SOCIETÀ UMUS SRL, GRAZIA VALENTINI and APE :
ORGANIZZAZIONE SRL, :
: CERTIFICATE OF SERVICE
Plaintiffs, :
:
-against- :
:
THE REPUBLIC OF ARGENTINA, :
:
Defendant. :
:
------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for The Republic of Argentina, hereby certify that:

       1. On the 19th day of February 2008, the Answer to the Amended Complaint was served by First Class Mail upon:

>Eric J. Grannis, Esq.
>Law Offices of Eric J. Grannis
>Rockefeller Center
>620 Fifth Avenue
>New York, New York 10020

       2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
          February 19, 2008

                                                /s/Richard V. Conza
                                                  Richard V. Conza